UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SCOTT T. NAGO, in his official capacity as the Chief Election Officer for the State of Hawaii, <br><br> Defendant - Appellee. | No. 24-6629 <br><br> D.C. No. 1:23-cv-00389-LEK-WRP <br> District of Hawaii, Honolulu <br><br> ORDER |

The supplemental brief submitted by is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with tan front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT